Voucher manifest below. Please save the following pages for your records.  
Check No. 1133268

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 09-07009-JJT | 17U-0 | ROBERT J OLIVIER | 9423 | 1,348.37 | 0.12 | 0.00 | 0.12 |
| | | Original Check written to: DESOCIO & FUCCIO, PC PO BOX 11175 245 MARCUS BLVD., STE 2 HAUPPAUGE, NY  11788- | | | | | |
| 10-03434-RNO | 10U-0 | RYAN C BENNETT | 8869 | 1,251.13 | 615.63 | 0.00 | 615.63 |
| | | Original Check written to: ILLINOIS STUDENT 1755 LAKE COOK ROAD DEERFIELD, IL  60015- | | | | | |
| 10-03977-MDF | 01U-0 | JASON W CORBIN | 13839212 | 78.97 | 3.28 | 0.00 | 3.28 |
| | | Original Check written to: FAMILY MEDICINE ASSOCIATES 35 E PADONIA ROAD LUTHERVILLE TIMONIUM, MD  21093- | | | | | |
| 10-04040-RNO | 16U-0 | DOUGLAS S EBY | 8185 | 1,696.22 | 30.80 | 0.00 | 30.80 |
| | | Original Check written to: CONSOLIDATED COLLECTION 2213 FOREST HILL HARRISBURG, PA  17112 | | | | | |
| 10-04670-RNO | 12U-0 | JACQUELINE L DUBS | 9358 | 1,631.14 | 17.55 | 0.00 | 17.55 |
| | | Original Check written to: WILLIAM ULRICH 289 OLD HANOVER ROAD SPRING GROVE, PA  17362- | | | | | |
| 10-05670-JJT | 01U-0 | KENNETH P WHITESELL | 0901/365428 | 9,762.39 | 1.05 | 0.00 | 1.05 |
| | | Original Check written to: CITIFINANCIAL AUTO, LTD P.O. BOX 182287 COLUMBUS, OH  43218 | | | | | |
| 10-05792-MDF | 03S-0 | JOANN L McDANIEL | 0418 | 0.00 | 4.56 | 0.00 | 4.56 |
| | | Original Check written to: BARCLAYS CAPITAL REAL ESTATE P.O. BOX 160101 SACRAMENTO, CA  95816 | | | | | |
| 10-05899-RNO | 15U-0 | RICHARD DENNIS EBERSOLD | 20378043 | 4,004.19 | 33.17 | 0.00 | 33.17 |
| | | Original Check written to: COMMONWEALTH FINANCIAL SYTEMS 245 MAIN STREET DICKSON CITY, PA  18519- | | | | | |

---

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive. Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1133268

September 02, 2015

PAY** Seven Hundred Six Dollars and 16 Cents****************************************

AMOUNT**$706.16************

TO THE ORDER OF

VOID AFTER December 01, 2015
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-